**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**James William MOTEN, Defendant–Appellant.**

**No. 07–50168**
**Conference Calendar.**

United States Court of Appeals,
Fifth Circuit.

Oct. 25, 2007.

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office, Western District of Texas, San Antonio, TX, for Plaintiff–Appellee.

James William Moten, Waco, TX, pro se.

---

the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Before JOLLY, BENAVIDES, and STEWART, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent James William Moten has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Moten has filed a response. The record is insufficiently developed to allow consideration at this time of Moten's claims of ineffective assistance of counsel. *See United States v. Cantwell,* 470 F.3d 1087, 1091 (5th Cir.2006). Our independent review of the record, counsel's brief, and Moten's response discloses no nonfrivolous issue for appeal. Accordingly, the motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR R. 47.5.4.

